IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER HESKETH,<br><br>     Plaintiff,<br><br>v.<br><br>ALLTRAN FINANCIAL, LP,<br><br>     Defendant. | Case No. 4:19-cv-01773 |

### NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, CHRISTOPHER HESKETH, voluntarily dismisses Defendant, ALLTRAN FINANCIAL, LP, without prejudice from this action with each party to bear its own attorney's fees and costs.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: June 14, 2019

Respectfully submitted,

**CHRISTOPHER HESKETH**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com